Jason Skala, *Esq.*
Law Office of Jason Skala, LLC
jason@907attorney.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA**

*LAW OFFICE OF JASON SKAL A, LLC*
800E . Dimond Blvd., Suite 3-305
Anchorage, AK 99515
Tel: (907) 569-6633; Fax: (907) 569-6001

| | | |
|---|---|---|
| TODD MARCUS, | ) | |
| | ) | |
| Plaintiff, | ) | **COMPLAINT** |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES of AMERICA | ) | |
| An entity, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | Case No. xxx.xx.xxxx |

COMES NOW the plaintiff, Todd Marcus, by and through his attorneys, LAW OFFICE OF JASON SKALA, LLC, and for his complaint against defendant UNITED STATES OF AMERICA, does state and allege as follows:

**PARTIES**

1. That at all times material hereto, plaintiff was and is a resident of Seward, Alaska.

Complaint
*Marcus v. United States of America*
April 9,2026

2. The defendant is the United Staes of America.

## JURISDICTION, VENUE, AND TIMELINESS

3. This Court has subject matter jurisdiction under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2671 et seq., and 28 U.S.C. § 1346(b)(1)

4. Venue is proper in this Court pursuant to 28 U.S.C. § 1402, as this is the district wherein the acts complained of occurred. The incident took place at a United States Post Office parking lot in Seward, Alaska, which is located within the District of Alaska.

5. Plaintiff filed an administrative tort claim with the United States Postal Service on Standard Form 95 on March 10, 2025, claiming $500,000.00 in damages, which was assigned NTC File No. NT202524318. More than six months have elapsed since the filing of plaintiff's administrative claim without final disposition by the agency. Accordingly, plaintiff's administrative claim is deemed denied pursuant to 28 U.S.C. § 2675(a), and this action is timely filed.

## FACTS

6. The United States, through the U.S. Postal Service, owned, operated, and maintained a post office and its parking lot located at 507 Madison St, Seward, Alaska 99664.

7. On or about November 26, 2024, Todd Marcus slipped and fell on black ice in the post office parking lot while walking to his vehicle. He heard and felt a

Complaint
*Marcus v. United States of America*
April 9,2026
Case 3:26-cv-00158-HRH     Document 1     Filed 04/16/26     Page 2 of 5

pop in his right shoulder and experienced immediate pain.

8. Todd Marcus suffered a complete right rotator cuff tear, superior glenoid labrum lesion, right shoulder biceps tendinitis, right shoulder subacromial bursitis and impingement, right shoulder glenohumeral arthritis, and acute shoulder pain requiring surgical intervention and ongoing physical therapy.

## CLAIMS AGAINST THE UNITED STATES

9. That at all times material hereto, defendant owned and/or operated and/or maintained the post office and parking lot in question in Seward, Alaska.

10. That at all times material hereto, defendant was responsible for maintaining and/or controlling access to the post office parking lot in question in Seward, Alaska.

11. Defendant had a duty to use care and diligence to maintain the parking lot in a condition that was reasonably safe for intended users such as postal customers and free from defects and conditions such as black ice which would render it dangerous and unsafe or present an unreasonable risk of harm to Todd Marcus and other lawful users in their use of the parking lot.

12. Defendant negligently maintained and/or controlled the parking lot in Seward, Alaska by allowing black ice to accumulate on the parking lot surface which was a substantial factor in causing serious injury to Todd Marcus for which the defendant is liable.

13. Defendant was required to do whatever was necessary to keep the parking lot in a reasonably safe condition for reasonably foreseeable users

Complaint
*Marcus v. United States of America*
April 9,2026
Case 3:26-cv-00158-HRH     Document 1     Filed 04/16/26     Page 3 of 5

including removing ice and snow, applying salt or sand, or cordoning off dangerous areas.

14. Defendant was responsible for the safety of reasonably foreseeable users of the parking lot including postal customers.

15. Defendant's employees and/or agents knew or should have known of the dangerous icy condition in the parking lot on November 26, 2024, given the date and Alaska winter conditions.

16. Defendant is liable for the actions and/or failures to act of its employees and/or agents under theories of vicarious liability and/or agency and/or respondeat superior.

17. The defendant is liable for any negligence of its independent contractors regarding maintenance of the parking lot pursuant to its non-delegable duty as land owner or possessor.

18. Defendant negligently failed to warn Todd Marcus that the parking lot was not safe due to icy conditions, which contributed as a substantial factor in causing injury to Todd Marcus for which the defendant is liable.

**CLAIMS FOR RELIEF**

19. Defendant is liable for past and/or future: medical expense, pain, suffering, emotional distress, disability, loss of enjoyment of life, inconvenience, physical impairment, loss of earnings, diminished earning capacity, loss of non-market household services, and other non-pecuniary

Complaint
*Marcus v. United States of America*
April 9,2026
Case 3:26-cv-00158-HRH    Document 1    Filed 04/16/26    Page 4 of 5

damages to be more fully set forth at trial, all in an amount of damages in excess of $2,000,000 (TWO MILLION DOLLARS), the exact amount to be set by the trier of fact.

20. WHEREFORE, having fully pled plaintiff's complaint, plaintiff requests a judgment against defendant for an amount in excess of $2,000,000 (TWO MILLION DOLLARS) to be established by the trier of fact, plus interest, costs and attorney fees and such other relief as the Court deems just.

RESPECTFULLY SUBMITTED this 9TH day of April 2026 at Anchorage, Alaska.

LAW OFFICE OF JASON SKALA, LLC

/s/Jason Skala
Jason Skala, ASBN 0105031
Attorney for Plaintiff

LAW OFFICE OF JASON SKALA, LLC
800E . Dimond Blvd., Suite 3-305 Anchorage, AK 99515
Tel: (907) 569-6633; Fax: (907) 569-6001

Complaint
*Marcus v. United States of America*
April 9,2026